UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNITED STATES OF AMERICA,

                                                                          17-cr-666 (PKC)

           -against-                                            ORDER

EDWIN COLON,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by January 4, 2021. The defendant may reply by January 22, 2021.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                           United States District Judge

Dated:  New York, New York
          December 7, 2020

                                                                 Mailed to Mr. Colon on December 8, 2020